McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0135-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: August 30, 2018 |
| KENNETH WAYNE MELTON, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, through its respective counsel, and defendant Kenneth Wayne Melton, through his counsel of record, stipulate that the status conference now set for August 30, 2018, be continued to September 27, 2018, at 9:30 a.m.

On July 24, 2018, Mr. Melton was arraigned on the five-count Indictment in this case. (ECF Nos. 4, 9.) At the arraignment, the government produced discovery to the defense that included 122 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video recordings from the investigation. Defense counsel requires additional time to review these materials individually and with his client, to conduct additional investigation, to research potential defenses and motions, and to prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for August 30, 2018, be continued to September 27, 2018, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including September

| | |
|---|---|
| 1 | 27, 2018, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order |
| 2 | 479 [Local Code T4], based on continuity of counsel and defense preparation. |

       The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                Respectfully submitted,

Dated: August 27, 2018                               ***/s/ Timothy H. Delgado***
                                                           TIMOTHY H. DELGADO
                                                           Assistant United States Attorney
                                                           Attorney for Plaintiff United States

Dated: August 27, 2018                                ***/s/ THD for Douglas J. Beevers***
                                                           DOUGLAS J. BEEVERS
                                                           Assistant Federal Defender
                                                           Attorney for Defendant Kenneth W. Melton

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including September 27, 2018, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the August 30, 2018 status conference be continued until September 27, 2018, at 9:30 a.m.

Dated: August 28, 2018

Troy L. Nunley
United States District Judge