1  MCGREGOR W. SCOTT
   United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0135-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: February 28, 2019 |
| KENNETH WAYNE MELTON, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

Plaintiff United States of America, through its respective counsel, and defendant Kenneth Wayne Melton, through his counsel of record, stipulate that the status conference now set for February 28, 2019, be continued to April 11, 2019, at 9:30 a.m.

On July 24, 2018, Mr. Melton was arraigned on the five-count Indictment in this case. (ECF Nos. 4, 9.) At the arraignment, the government produced discovery to the defense that included 122 pages of reports and memoranda, as well as eight compact disks that included dozens of audio and video recordings from the investigation. Defense counsel requires additional time to review these materials individually and with his client, to conduct additional investigation, to research potential defenses and motions, and to prepare for trial. In addition, the defense has recently requested additional testing on one of the items of evidence seized in this case. The government is awaiting the results of this testing, and will provide them to the defense immediately upon completion.

/ / /

| | |
|---|---|
| 1 | Based on the foregoing, the parties stipulate that the status conference currently set for February 28, 2019, be continued to April 11, 2019, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including February 28, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation. |

Based on the foregoing, the parties stipulate that the status conference currently set for February 28, 2019, be continued to April 11, 2019, at 9:30 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including February 28, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: February 26, 2019        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: February 26, 2019        */s/ THD for Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant Kenneth W. Melton

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including April 11, 2019, at 9:30 a.m., shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the February 28, 2019 status conference be continued until April 11, 2019, at 9:30 a.m.

Dated: February 26, 2019

Troy L. Nunley
United States District Judge