HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS Bar #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
KENNETH MELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-CR-135-TLN |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SELF-SURRENDER DATE** |
| vs. ) | |
| ) | Judge: Hon. Troy L. Nunley |
| KENNETH MELTON ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Timothy Delgado, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for Kenneth Melton that the self-surrender date set for March 5, 2020 be continued to April 5, 2020, by 2:00 p.m. The reason to extending the self-surrender date is that Mr. Melton's young son is scheduled for surgery on March 20, 2020. The defendant is to self-surrender to as designated by the Bureau of Prisons or if not possible to the U.S. Marshals in the Eastern District of California, for a 36-month sentence.

//

//

//

Respectfully submitted,

Dated: March 3, 2020   HEATHER E. WILLIAMS
Federal Defender

*/S/Douglas Beevers*
Douglas Beevers
Defender
Attorney for Kenneth Melton

/ / /
/ / /

Dated: March 3, 2020   MCGREGOR SCOTT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated:  March 3, 2020

_____
Troy L. Nunley
United States District Judge