HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS Bar #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
noa_oren@fd.org

Attorney for Defendant
KENNETH MELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH MELTON<br><br>Defendant. | Case No.  2:18-CR-135-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE SELF-SURRENDER DATE**<br><br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor Scott, United States Attorney, through Vincenza Rabenn, Assistant United States Attorney, attorneys for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers, attorney for  Kenneth Melton that the self-surrender date set for July 2, 2020 be continued to September 30, 2020, by 2:00 p.m. The reason to extending the self-surrender date is that Mr. Melton is designated to FCI Herlong prison, and due to the COvID-19 pandemic that facility and other BOP facilities are under stress which the parties expect will be reduced soon.  Mr. Melton has been complying with pretrial supervision since his arrest.  The defendant is to self-surrender to as designated by the Bureau of Prisons or if not possible to the U.S. Marshals in the Eastern District of California, for a 36-month sentence.

//

//

Respectfully submitted,

Dated: June 26, 2020                     HEATHER E. WILLIAMS
                                         Federal Defender

                                         */S/Douglas Beevers*
                                         Douglas Beevers
                                         Defender
                                         Attorney for Kenneth Melton

Dated: June 26, 2020                     MCGREGOR SCOTT
                                         United States Attorney

                                         */s/ Vincenza Rabenn*
                                         VINCENZA RABENN
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, for the reasons stated by the parties, that the defendant's self-surrender date is extended from July 2, 2020 to September 30, 2020. The defendant is ordered to surrender to the facility designated by the Bureau of Prisons on September 30, 2020 before 2:00 p.m., or if not designated, the U.S. Marshal's Office in Sacramento. Defendant shall comply with all terms of pretrial supervision until that date

**IT IS SO ORDERED.**

Dated:  June 29, 2020

_____
Troy L. Nunley
United States District Judge