HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
KENNETH WAYNE MELTON

SF49-Sac!

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH WAYNE MELTON,<br><br>Defendant. | Case No. 2:18-CR-00135-TLN<br><br>ORDER EXTENDING DEADLINE FOR SELF-SURRENDER<br><br>Judge:  Hon. Troy L. Nunley |

IT IS HEREBY ORDERED, for the reasons stated by the defendant in the motion filed at ECF 56, that the defendant's self-surrender date is extended from September 30, 2020, to January 5, 2021. The defendant is ordered to surrender to the facility designated by the Bureau of Prisons on January 5, 2021 before 2:00 p.m., or if not designated, the U.S. Marshal's Office in Sacramento. Defendant shall comply with all terms of pretrial supervision until that date.

DATED: September 23, 2020

_____
Troy L. Nunley
United States District Judge